1   KEITH E. EGGLETON, State Bar No. 159842
Email:  keggleton@wsgr.com

2   KELLEY M. KINNEY, State Bar No. 216823
Email:  kkinney@wsgr.com

3   CRYSTAL M. GAUDETTE, State Bar No. 247712
Email:  cgaudette@wsgr.com

4   WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

5   650 Page Mill Road
Palo Alto, CA 94304-1050

6   Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

7

8   Attorneys for Defendants
Polycom, Inc., Eric Brown, and Sayed Darwish

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14   SEAN AVERY NEAL, Individually and On   )   CASE NO.:  3:13-cv-03476-SC
Behalf of All Others Similarly Situated,     )

15                              )   **STIPULATION AND [PROPOSED]**
                Plaintiff,        )   **ORDER CONTINUING CASE**

16                              )   **MANAGEMENT CONFERENCE**
        v.                 )

17                              )

18   POLYCOM, INC., ANDREW M. MILLER,   )
ERIC F. BROWN, AND SAYED DARWISH,  )

19                            )
            Defendants.       )

20                              )

21                              )

22                              )

23                              )

24                              )

25

26

27

28

WHEREAS, plaintiff Sean Avery Neal ("Plaintiff") filed a purported Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") against defendants Polycom, Inc. ("Polycom"), Andrew M. Miller, Eric F. Brown, and Sayed Darwish (collectively, "Defendants") in the above-entitled matter on July 26, 2013;

WHEREAS, the Complaint sets forth claims under the federal securities laws that are subject to the procedural requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), including those set forth in 15 U.S.C. § 78u-4;

WHEREAS, on October 1, 2013, Mark Nathanson moved under the PSLRA for appointment as lead plaintiff and for approval of his selection of lead counsel (ECF No. 22, the "Lead Plaintiff Motion"), and the Lead Plaintiff Motion is currently pending before this Court;

WHEREAS, in connection with the parties' stipulation, the Court previously ordered that within 14 days of the Court's appointment of a lead plaintiff and approval of lead counsel, counsel for the lead plaintiff and counsel for Defendants shall (a) meet and confer regarding a mutually agreeable schedule and dates by which the lead plaintiff will file an amended or consolidated complaint (or designate a complaint as the operative complaint) and a briefing schedule on Defendants' anticipated motion(s) to dismiss; and (b) file a stipulated briefing schedule with the Court for approval (ECF No. 18);

WHEREAS, an Initial Case Management Conference is currently scheduled in this action for December 20, 2013 at 10:00 a.m. and the parties must submit a Case Management Statement by December 13, 2013 (ECF No. 19);

WHEREAS, the Court previously set the date for the Initial Case Management Conference in this action to be the same date as the Initial Case Management Conference scheduled in the related consolidated derivative action pending before this Court, captioned *In re Polycom Derivative Litigation*, Lead Case No.: 3:13-cv-3880-SC (the "Consolidated Derivative Action");

WHEREAS, the parties in the Consolidated Derivative Action have agreed, subject to Court approval, to continue the Case Management Conference in that action until after Defendants respond to the operative complaint, and have submitted a stipulation, briefing

1  schedule, and proposed date for the Initial Case Management Conference of April 18, 2014 at

2  10:00 a.m., or at such other date and time as the Court shall order;

3       WHEREAS, to avoid the unnecessary expenditure of judicial resources or effort by the

4  parties and the Court, and to ensure Defendants may rely on representations of a lead plaintiff's

5  counsel in connection with submitting a joint case management statement, Plaintiff and

6  Defendants have agreed, subject to the Court's approval, to continue the Case Management

7  Conference until after the Court has considered the pending Lead Plaintiff Motion, an operative

8  complaint has been designated or filed, and the parties have submitted a stipulated briefing

9  schedule with the Court for approval;

10       NOW, THEREFORE, it is hereby stipulated and agreed by the undersigned counsel for

11  Plaintiff and counsel for Defendants as follows:

12       1.    The Case Management Conference shall be continued from December 20, 2013 at

13  10:00 a.m. to April 18, 2014 at 10:00 a.m., or to such other date and time as the Court shall

14  order.

15  Dated:  December 9, 2013                      Respectfully submitted,

16                               WILSON SONSINI GOODRICH & ROSATI
                             Professional Corporation

17

18                               By:  ____/s/ Keith E. Eggleton_____
                                   Keith E. Eggleton

19                                     keggleton@wsgr.com

20                               Attorneys for Defendants
                             Polycom, Inc., Eric Brown, and Sayed Darwish

21

22  Dated:  December 9, 2013                      By:  ____/s/ Paul T. Friedman_____
                                 Paul T. Friedman

23                                   PFriedman@mofo.com

24                               MORRISON FOERSTER
                             PAUL T. FRIEDMAN

25                               PHILIP T. BESIROF
                             425 Market Street

26                               San Francisco, CA 94105-2482
                             Telephone: (415) 268-7000

27                               Facsimile: (415) 268-7522

28                               Attorneys for Defendant Andrew M. Miller

1    Dated:  December 9, 2013                By:    /s/ Michael Goldberg
2                                                   Michael Goldberg
                                                    info@glancylaw.com
3
                                            GLANCY BINKOW & GOLDBERG LLP
4                                           LIONEL Z. GLANCY
                                            MICHAEL GOLDBERG
5                                           1925 Century Park East, Suite 2100
                                            Los Angeles, CA 90067
6                                           Telephone: (310) 201-9150
                                            Facsimile: (310) 201-9160
7                                           Email: info@glancylaw.com

8                                           POMERANTZ GROSSMAN HUFFORD
                                            DAHLSTROM & GROSS LLP
9                                           JEREMY A. LIEBERMAN
                                            LESLEY F. PORTNOY
10                                          600 Third Avenue, 20th Floor
                                            New York, New York 10016
11                                          Telephone: (212) 661-1100
                                            Facsimile: (212) 661-8665
12
                                            POMERANTZ GROSSMAN HUFFORD
13                                          DAHLSTROM & GROSS LLP
                                            PATRICK V. DAHLSTROM
14                                          10 South LaSalle Street, Suite 3505
                                            Chicago, IL 60603
15                                          Telephone: (312) 377-1181
                                            Facsimile: (312) 377-1184
16

17                                          Attorneys for Plaintiff Sean Avery Neal and
                                            Movant for Lead Plaintiff Mark Nathanson
18

19   *I, Keith E. Eggleton, am the ECF user whose ID and password are being used to file this*
     *Stipulation.  In compliance with Civil Local Rule 5-1, I hereby attest that Paul T. Friedman and*
20   *Michael Goldberg have concurred in this filing.*

21

22                              **[~~PROPOSED~~] ORDER**

23   PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25

26   Dated:  December _10_, 2013

27                                          THE _____ NTI
                                            United _____

28