IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SEAN AVERY NEAL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>POLYCOM, INC., et al.,<br><br>    Defendants. | Case No. C 13-3476 SC<br><br>ORDER GRANTING MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL |

Now before the Court is Plaintiff Mark Nathanson's motion for appointment as lead plaintiff and for approval of Pomerantz Grossman Hufford Dahlstrom & Gross LLP ("Pomerantz") as Lead Counsel and Glancy Binkow & Goldberg LLP ("Glancy") as Liason Counsel. ECF No. 22 ("Mot.").

Defendants Polycom Inc. ("Polycom"), Eric Brown, Sayed Darwish, and Andrew Miller (collectively "Defendants") responded to the motion by taking no position on Mr. Nathanson's, Pomerantz's, or Glancy's respective appointments. ECF No. 24 ("Resp.") at 1. However, Defendants stated that they reserve all rights to

1  challenge class certification at a later point.  Id.
2      Mr. Nathanson accordingly filed a statement of non-opposition,
3  also noting that no other lead plaintiff has moved for appointment
4  as lead plaintiff or approval of counsel.  ECF No. 25.
5      Based on Mr. Nathanson's brief and related papers, the Court
6  GRANTS the motion under Section 21D(a)(3)(B) of the Securities
7  Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the
8  Private Securities Litigation Reform Act of 1995 (the "PSLRA").
9      Mr. Nathanson is appointed Lead Plaintiff on behalf of all
10 persons who purchased or otherwise acquired securities of Polycom
11 between July 24, 2012 and July 23, 2013.  Pomerantz is approved as
12 Lead Counsel and Glancy is approved as Liason Counsel.
13     Plaintiffs' Lead Counsel shall have the following
14 responsibilities and duties, to be carried out either personally or
15 through counsel whom Lead Counsel shall designate:
16     a.   to coordinate the briefing and argument of motions;
17     b.   to coordinate the conduct of discovery proceedings;
18     c.   to coordinate the examination of witnesses in
19          depositions;
20     d.   to coordinate the selection of counsel to act as a
21          spokesperson at pretrial conferences;
22     e.   to call meetings of the plaintiff's counsel as they deem
23          necessary and appropriate from time to time;
24     f.   to coordinate all settlements negotiations with counsel
25          for defendants;
26     g.   to coordinate and direct the pretrial discovery
27          proceedings and the preparation for trial and the trial
28          of this matter and to delegate work responsibilities to

    selected counsel as may be required; and

 h. to supervise any other matters concerning the prosecution, resolution or settlement of the Consolidated Action.

No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel.

Counsel in any related action that is consolidated with this action shall be bound by this organization of plaintiffs' counsel.

Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokesperson for plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

Defendants shall effect service of papers on plaintiffs by serving a copy of same on Lead Counsel by overnight mail service, electronic or hand delivery. Plaintiffs shall effect service of papers on defendants by serving a copy of same on defendants' counsel by overnight mail service, electronic or hand delivery.

During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and electronic mail, containing information which is relevant or which may lead to the discovery of

information relevant to the subject matter of the pending litigation.

IT IS SO ORDERED.

Dated: December 13, 2013      

UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California