1  KEITH E. EGGLETON, State Bar No. 159842
   Email: keggleton@wsgr.com
2  RODNEY G. STRICKLAND, State Bar No. 161934
   Email: rstrickland@wsgr.com
3  KELLEY M. KINNEY, State Bar No. 216823
   Email: kkinney@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
7
   Attorneys for Defendants
8  Polycom, Inc., Eric Brown, and Michael Kourey

9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14 | MARK NATHANSON, Individually and On ) | CASE NO.: 3:13-cv-03476-SC
   | Behalf of All Others Similarly Situated, )
15 |                                          ) | **STIPULATION AND [PROPOSED]**
   |        Plaintiff,                        ) | **ORDER CONTINUING CASE**
16 |                                          ) | **MANAGEMENT CONFERENCE**
   |     v.                                   )
17 |                                          )
   | POLYCOM, INC., ANDREW M. MILLER,         )
18 | MICHAEL R. KOUREY, and ERIC F. BROWN,    )
   |                                          ) | IT IS SO ORDERED AS MODIFIED
19 |        Defendants.                       )
20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 3:13-CV-03476-SC

1    WHEREAS, plaintiff Sean Avery Neal filed an initial purported Class Action Complaint for Violation of the Federal Securities Laws in the above-entitled matter on July 26, 2013, setting forth claims under the federal securities laws that are subject to the procedural requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA") (ECF No. 1);

WHEREAS, on October 1, 2013, Mark Nathanson moved under the PSLRA for appointment as lead plaintiff and for approval of his selection of lead counsel (ECF No. 22);

WHEREAS, on December 10, 2013, the Court continued the Initial Case Management Conference scheduled for December 20, 2013 at 10:00 a.m. to April 18, 2014 at 10:00 a.m. (ECF No. 39);

WHEREAS, on December 13, 2013, the Court appointed Mark Nathanson as lead plaintiff ("Lead Plaintiff"), approved Pomerantz Grossman Hufford Dahlstrom & Gross LLP as Lead Counsel, and approved Glancy Binkow & Goldberg LLP as Liason Counsel (ECF No. 42);

WHEREAS, on January 2, 2014, the Court entered a scheduling order requiring Lead Plaintiff to file an amended consolidated class action complaint by no later than February 24, 2014 (ECF No. 46) (the "Scheduling Order"), and thereafter Lead Plaintiff timely filed the First Amended Complaint for Violation of the Federal Securities Laws (the "Amended Complaint") naming Polycom, Inc., Andrew Miller, Michael Kourey, and Eric Brown as defendants ("Defendants") (ECF No. 47);

WHEREAS, the Scheduling Order further requires (1) Defendants to file their motion(s) to dismiss the Amended Complaint by April 25, 2014; (2) Lead Plaintiff to file any opposition brief(s) to Defendants' motion(s) to dismiss by June 24, 2014; and (3) Defendants to file any reply brief(s) in support of their motion(s) to dismiss by July 24, 2014;

WHEREAS, the parties are attempting to reserve a hearing with the Court on Defendants' forthcoming motion(s) to dismiss for October 10, 2014 at 10:00 a.m.;

WHEREAS, discovery in this action is stayed pending resolution of Defendants' forthcoming motion(s) to dismiss pursuant to the PSLRA, 15 U.S.C. § 78u-4(b)(3);

WHEREAS, given the statutory discovery stay and the briefing schedule described above, and to avoid the unnecessary expenditure of judicial resources or effort by the parties and

1  the Court, Lead Plaintiff and Defendants have agreed, subject to the Court's approval, to
2  continue the Case Management Conference currently scheduled for April 18, 2014 until a date
3  and time scheduled by the Court after Defendants' motion(s) to dismiss have been resolved.
4      NOW, THEREFORE, it is hereby stipulated and agreed by the undersigned counsel for
5  Lead Plaintiff and counsel for Defendants that the April 18, 2014 Case Management Conference
6  shall be continued until a date and time scheduled by the Court after Defendants' motion(s) to
7  dismiss have been resolved.

8  Dated: April 4, 2014

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:    /s/ Keith E. Eggleton
       Keith E. Eggleton
       keggleton@wsgr.com

Attorneys for Defendants
Polycom, Inc., Eric Brown, and Michael Kourey

Dated: April 4, 2014

By:    /s/Philip T. Besirof
       Philip T. Besirof
       pbesirof@mofo.com

MORRISON FOERSTER
PAUL T. FRIEDMAN
PHILIP T. BESIROF
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant Andrew M. Miller

Dated: April 4, 2014

By:    /s/Jeremy A. Lieberman
       Jeremy A. Lieberman
       jalieberman@pomlaw.com

POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP
JEREMY A. LIEBERMAN
EMMA GILMORE
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP
PATRICK V. DAHLSTROM
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
MICHAEL GOLDBERG
ROBERT PRONGAY
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

Attorneys for Lead Plaintiff Mark Nathanson

*I, Keith E. Eggleton, am the ECF user whose ID and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1, I hereby attest that Philip T. Besirof and Jeremy A. Lieberman have concurred in this filing.*

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Case Management Conference scheduled for April 18, 2014 at 10:00 a.m. is continued until after the Court's ruling on Defendants' forthcoming motion(s) to dismiss, to such date and time as the Court may order.

The Case Management Conference is hereby continued to Friday, December 5, 2014 at 10:00 a.m.

Dated: 04/07/2014     _____
Honorable Samuel Conti
United States

*[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Samuel Conti / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*