Jeremy A. Lieberman (admitted *pro hac vice*)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
E-mail: jalieberman@pomlaw.com

*Lead Counsel for Lead Plaintiff*

*[Additional counsel appear on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK NATHANSON, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>POLYCOM, INC., et al.<br><br>   Defendants. | CASE NO. 13-cv-03476-SC<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, plaintiff Sean Avery Neal filed a purported Class Action Complaint for Violations of the Federal Securities Laws against defendants in the above-entitled matter on July 26, 2013;

WHEREAS, the Complaint sets forth claims under the federal securities laws that are subject to the procedural requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), including those set forth in 15 U.S.C. § 78u-4;

WHEREAS, on October 1, 2013, Mark Nathanson ("Nathanson") moved under the PSLRA for appointment as lead plaintiff and for approval of his selection of lead counsel (ECF No. 22);

WHEREAS, on December 13, 2013, this Court appointed Nathanson as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired securities of

Polycom between July 24, 2012 and July 23, 2013 and approved Pomerantz LLP as Lead Counsel and Glancy Binkow & Goldberg LLP as Liaison Counsel (ECF No. 42);

WHEREAS, on January 2, 2014, the Court entered a scheduling order (the "Order") pursuant to which Defendants' motions to dismiss the Complaint are due by April 25, 2014; Plaintiff's Oppositions to any motions to dismiss the Complaint are due by June 24, 2014; and Defendants' replies in further support of their motions to dismiss the Complaint are due by July 24, 2014 (ECF No. 46);

WHEREAS, Defendant Andrew M. Miller filed a Motion to Dismiss on April 25, 2014, consisting of twenty five (25) pages, exclusive of caption page, table of contents, table of authorities, declarations and exhibits;

WHEREAS, Defendants Polycom, Inc., Michael R. Kourey, and Eric F. Brown filed a Motion to Dismiss on April 25, 2014, consisting of twenty one (21) pages, exclusive of caption page, table of contents, table of authorities, declaration and exhibits.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that:

Plaintiff may file one omnibus memorandum of law in opposition to Defendants Andrew M. Miller, Polycom, Inc., Michael R. Kourey, and Eric F. Brown's motions to dismiss the Complaint, not to exceed forty (40) pages, rather than two separate responses with a page limit of twenty five (25) pages each.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: May 22, 2014 | **POMERANTZ LLP** |
| 2 | | |
| 3 | | By */s/ Jeremy A. Lieberman* |
| | | JEREMY LIEBERMAN |
| 4 | | (admitted *pro hac vice*) |
| | | 600 Third Avenue, 20th Floor |
| 5 | | New York, New York 10016 |
| | | Telephone: (212) 661-1100 |
| 6 | | Facsimile: (212) 661-8665 |
| 7 | | *Lead Counsel for Lead Plaintiff* |
| 8 | | **WILSON SONSINI GOODRICH & ROSATI** |
| 9 | | Professional Corporation |
| | | KEITH E. EGGLETON |
| 10 | | KELLEY M. KINNEY |
| | | 650 Page Mill Road |
| 11 | | Palo Alto, CA 94304-1050 |
| | | Telephone: (650) 493-9300 |
| 12 | | Facsimile: (650) 565-5100 |
| 13 | | |
| | | By */s/ Keith E. Eggleton* |
| 14 | | KEITH E. EGGLETON |
| 15 | | *Attorneys for Defendants* |
| | | *Polycom, Inc., Eric Brown, and Michael Kourey* |
| 16 | | |
| 17 | | **MORRISON & FOERSTER** |
| | | PAUL T. FRIEDMAN |
| 18 | | PHILIP T. BESIROF |
| | | 425 Market Street |
| 19 | | San Francisco, CA 94105-2482 |
| | | Telephone: (415) 268-7000 |
| 20 | | Facsimile: (415) 268-7522 |
| 21 | | |
| | | By */s/ Paul T. Friedman* |
| 22 | | PAUL T. FRIEDMAN |
| 23 | | *Attorneys for Andrew M. Miller* |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 05/22/2014

_____
THE HONORABLE SAMUEL CONTI
United States District Judge