1  KEITH E. EGGLETON, State Bar No. 159842
   Email: keggleton@wsgr.com
2  RODNEY G. STRICKLAND, State Bar No. 161934
   Email: rstrickland@wsgr.com
3  KELLEY M. KINNEY, State Bar No. 216823
   Email: kkinney@wsgr.com
4  CHERYL W. FOUNG, State Bar No. 108868
   Email: cfoung@wsgr.com
5  LUKE A. LISS, State Bar No. 247520
   Email: lliss@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  650 Page Mill Road
   Palo Alto, CA 94304-1050
8  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
9

10 Attorneys for Defendants
   Polycom, Inc., Michael R. Kourey,
11 and Eric F. Brown

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16 MARK NATHANSON, Individually and On        )  CASE NO.: 3:13-cv-03476-SC
   Behalf of All Others Similarly Situated,   )
17                                            )  CLASS ACTION
                   Plaintiff,                 )
18                                            )  **STIPULATION AND [PROPOSED]**
            v.                                )  **ORDER CONTINUING CASE**
19                                            )  **MANAGEMENT CONFERENCE**
   POLYCOM, INC., ANDREW M. MILLER,           )
20 MICHAEL R. KOUREY, and ERIC F. BROWN,      )
                                              )
21                 Defendants.                )
                                              )
22                                            )
                                              )
23                                            )
                                              )
24                                            )
                                              )
25                                            )
                                              )
26

27

28

   STIPULATION AND [PROPOSED] ORDER
   CONTINUING CMC
   CASE NO. 3:13-cv-03476-SC

Pursuant to N.D. Cal. Civil Local Rules 6-2 and 7-12, the parties respectfully submit the following Stipulation and [Proposed] Order Continuing the Initial Case Management Conference currently set for December 5, 2014, at 10:00 a.m.

**WHEREAS**, plaintiff Sean Avery Neal filed an initial purported Class Action Complaint for Violation of the Federal Securities Laws in the above-entitled matter on July 26, 2013, setting forth claims under the federal securities laws that are subject to the procedural requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA") (ECF No. 1);

**WHEREAS**, the Court set an Initial Case Management Conference for October 25, 2013 and, on September 24, 2013, continued the Initial Case Management Conference to December 20, 2013 (ECF Nos. 2, 18-19);

**WHEREAS**, on December 10, 2013, the Court further continued the Initial Case Management Conference to April 18, 2014 (ECF No. 39);

**WHEREAS**, on December 13, 2013, the Court appointed Mark Nathanson as lead plaintiff ("Lead Plaintiff"), approved Pomerantz Grossman Hufford Dahlstrom & Gross LLP as Lead Counsel, and approved Glancy Binkow & Goldberg LLP as Liaison Counsel (ECF No. 42);

**WHEREAS**, on January 2, 2014, the Court entered a scheduling order requiring Lead Plaintiff to file an amended consolidated class action complaint by no later than February 24, 2014 (ECF No. 46) (the "Scheduling Order"), and thereafter Lead Plaintiff timely filed the First Amended Complaint for Violation of the Federal Securities Laws (the "Amended Complaint") naming Polycom, Inc., Andrew Miller, Michael Kourey, and Eric Brown as defendants ("Defendants") (ECF No. 47);

**WHEREAS**, on April 7, 2014, the Court further continued the Initial Case Management Conference to December 5, 2014 (ECF No. 50);

**WHEREAS**, pursuant to the Scheduling Order:  (1) Defendants filed motions to dismiss the Amended Complaint on April 25, 2014 (ECF Nos. 51, 53) (the "Motions to Dismiss"), with a hearing set for October 24, 2014; (2) Lead Plaintiff filed its omnibus opposition to Defendants' Motions to Dismiss on June 24, 2014 (ECF No. 58); and (3) Defendants filed reply briefs in support of their Motions to Dismiss on July 24, 2014 (ECF Nos. 59, 60);

1   **WHEREAS**, on October 20, 2014, the Court issued notice that it would decide
2   Defendants' Motions to Dismiss on the papers, and vacated the hearing previously set for
3   October 24, 2014 (ECF No. 63);

4   **WHEREAS**, discovery in this action is stayed pending resolution of Defendants'
5   Motions to Dismiss pursuant to the PSLRA, 15 U.S.C. § 78u-4(b)(3);

6   **WHEREAS**, subject to the Court's approval, the parties respectfully request that the Court
7   continue the Initial Case Management Conference currently set for December 5, 2014, while the
8   Court considers Defendants' pending Motions to Dismiss, to be reset as the Court may order.

9   **NOW, THEREFORE**, subject to the Court's approval, the parties hereby stipulate and
10  agree as follows:

11      (1)   The Initial Case Management Conference currently set for December 5, 2014, at
12            10:00 a.m., is hereby vacated, and the Initial Case Management Conference shall be
13            set to such date and time as the Court may order.

14  Dated: November 21, 2014                    Respectfully submitted,

15                                              WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation
16

17                                              By:    /s/ Keith E. Eggleton
                                                       Keith E. Eggleton
18                                                     keggleton@wsgr.com

19                                              Attorneys for Defendants
                                                Polycom, Inc., Eric Brown, and Michael
20                                              Kourey

21

22  Dated: November 21, 2014                    By:    /s/ Philip T. Besirof
                                                       Philip T. Besirof
                                                       pbesirof@mofo.com
23

24                                              MORRISON FOERSTER
                                                PAUL T. FRIEDMAN
25                                              PHILIP T. BESIROF
                                                425 Market Street
26                                              San Francisco, CA 94105-2482
                                                Telephone: (415) 268-7000
                                                Facsimile: (415) 268-7522
27
                                                Attorneys for Defendant Andrew M. Miller
28

STIPULATION AND [PROPOSED] ORDER            -2-
CONTINUING CMC
CASE NO.: 3:13-cv-03476-SC

| | |
|---|---|
| Dated: November 21, 2014 | By:   /s/ Jeremy A. Lieberman  <br>Jeremy A. Lieberman  <br>jalieberman@pomlaw.com  <br><br>POMERANTZ GROSSMAN HUFFORD  <br>DAHLSTROM & GROSS LLP  <br>JEREMY A. LIEBERMAN  <br>EMMA GILMORE  <br>600 Third Avenue, 20th Floor  <br>New York, New York 10016  <br>Telephone: (212) 661-1100  <br>Facsimile: (212) 661-8665  <br><br>POMERANTZ GROSSMAN HUFFORD  <br>DAHLSTROM & GROSS LLP  <br>PATRICK V. DAHLSTROM  <br>10 South LaSalle Street, Suite 3505  <br>Chicago, IL 60603  <br>Telephone: (312) 377-1181  <br>Facsimile: (312) 377-1184  <br><br>GLANCY BINKOW & GOLDBERG LLP  <br>LIONEL Z. GLANCY  <br>MICHAEL GOLDBERG  <br>ROBERT PRONGAY  <br>1925 Century Park East, Suite 2100  <br>Los Angeles, CA 90067  <br>Telephone: (310) 201-9150  <br>Facsimile: (310) 201-9160  <br>Email: info@glancylaw.com  <br><br>Attorneys for Lead Plaintiff Mark Nathanson |

*I, Keith E. Eggleton, am the ECF user whose ID and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1, I hereby attest that Philip T. Besirof and Jeremy A. Lieberman have concurred in this filing.*

**DECLARATION OF KEITH E. EGGLETON**

I, Keith E. Eggleton, declare:

1. I am a member of Wilson Sonsini Goodrich & Rosati, P.C., counsel for defendants Polycom, Inc., Michael R. Kourey, and Eric F. Brown. I make this declaration in support of the parties' Stipulation and [Proposed] Order Continuing Case Management Conference. The parties seek to continue the Initial Case Management Conference until after the Court has ruled on Defendants' pending Motions to Dismiss. The parties agree that a continuance is reasonable and appropriate.

2. This is the parties' fourth request for extension of time with respect to the Initial Case Management Conference since this action was filed in July 2013. The parties' previous stipulated requests to continue the Initial Case Management Conference were filed on September 23, 2013 (ECF No. 17), December 9, 2013 (ECF No. 36), and April 4, 2014 (ECF No. 49). The Court granted these three previous requests (*see* ECF Nos. 18, 39, 50).

3. The requested continuance will not impact any other deadlines or dates set by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2014 in Palo Alto, California.

By: /s/ Keith E. Eggleton
Keith E. Eggleton

[~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Case Management Conference is continued to Friday, 01/16/2015, at 10:00 a.m.

Dated: 11/24/2014



SAMUEL CONTI
United States District Judge