KEITH E. EGGLETON, State Bar No. 159842
Email: keggleton@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email: rstrickland@wsgr.com
KELLEY M. KINNEY, State Bar No. 216823
Email: kkinney@wsgr.com
CHERYL W. FOUNG, State Bar No. 108868
Email: cfoung@wsgr.com
LUKE A. LISS, State Bar No. 247520
Email: lliss@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
Polycom, Inc., Michael R. Kourey,
and Eric F. Brown

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK NATHANSON, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>POLYCOM, INC., ANDREW M. MILLER, MICHAEL R. KOUREY, and ERIC F. BROWN,<br><br>　　　　Defendants. | CASE NO.: 3:13-cv-03476-SC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1  Pursuant to N.D. Cal. Civil Local Rules 6-2 and 7-12, the parties respectfully submit the
2  following Stipulation and [Proposed] Order Continuing the Initial Case Management Conference
3  currently set for January 16, 2015, at 10:00 a.m.

4  **WHEREAS**, plaintiff Sean Avery Neal filed an initial purported Class Action Complaint
5  for Violation of the Federal Securities Laws in the above-entitled matter on July 26, 2013, setting
6  forth claims under the federal securities laws that are subject to the procedural requirements of
7  the Private Securities Litigation Reform Act of 1995 ("PSLRA") (ECF No. 1);

8  **WHEREAS**, the Court set an Initial Case Management Conference for October 25, 2013
9  and, on September 24, 2013, continued the Initial Case Management Conference to December
10 20, 2013 (ECF Nos. 2, 18-19);

11 **WHEREAS**, on December 10, 2013, the Court further continued the Initial Case
12 Management Conference to April 18, 2014 (ECF No. 39);

13 **WHEREAS**, on December 13, 2013, the Court appointed Mark Nathanson as lead
14 plaintiff ("Lead Plaintiff"), approved Pomerantz Grossman Hufford Dahlstrom & Gross LLP as
15 Lead Counsel, and approved Glancy Binkow & Goldberg LLP as Liaison Counsel (ECF No. 42);

16 **WHEREAS**, on January 2, 2014, the Court entered a scheduling order requiring Lead
17 Plaintiff to file an amended consolidated class action complaint by no later than February 24,
18 2014 (ECF No. 46) (the "Scheduling Order"), and thereafter Lead Plaintiff timely filed the First
19 Amended Complaint for Violation of the Federal Securities Laws (the "Amended Complaint")
20 naming Polycom, Inc., Andrew Miller, Michael Kourey, and Eric Brown as defendants
21 ("Defendants") (ECF No. 47);

22 **WHEREAS**, on April 7, 2014, the Court further continued the Initial Case Management
23 Conference to December 5, 2014 (ECF No. 50);

24 **WHEREAS**, pursuant to the Scheduling Order: (1) Defendants filed motions to dismiss
25 the Amended Complaint on April 25, 2014 (ECF Nos. 51, 53) (the "Motions to Dismiss"), with a
26 hearing set for October 24, 2014; (2) Lead Plaintiff filed its omnibus opposition to Defendants'
27 Motions to Dismiss on June 24, 2014 (ECF No. 58); and (3) Defendants filed reply briefs in
28 support of their Motions to Dismiss on July 24, 2014 (ECF Nos. 59, 60);

1  **WHEREAS**, on October 20, 2014, the Court issued notice that it would decide Defendants' Motions to Dismiss on the papers, and vacated the hearing previously set for October 24, 2014 (ECF No. 63);

**WHEREAS**, on November 24, 2014, the Court further continued the Initial Case Management Conference to January 16, 2015 (ECF No. 65);

**WHEREAS**, discovery in this action is stayed pending resolution of Defendants' Motions to Dismiss pursuant to the PSLRA, 15 U.S.C. § 78u-4(b)(3);

**WHEREAS**, subject to the Court's approval, the parties respectfully request that the Court continue the Initial Case Management Conference currently set for January 16, 2015, while the Court considers Defendants' pending Motions to Dismiss, to be reset to a date and time after the Court issues its order on Defendants' pending Motions to Dismiss.

**NOW, THEREFORE**, subject to the Court's approval, the parties hereby stipulate and agree as follows:

(1)  The Initial Case Management Conference currently set for January 16, 2015, at 10:00 a.m., is hereby vacated, and the Initial Case Management Conference shall be set to such date and time as the Court may order after the Court issues its order on Defendants' pending Motions to Dismiss.

**IT IS SO STIPULATED.**

Dated:  January 2, 2015                                Respectfully submitted,

                                                       WILSON SONSINI GOODRICH & ROSATI
                                                       Professional Corporation


                                                       By:  ___/s/ Keith E. Eggleton_____
                                                            Keith E. Eggleton
                                                            keggleton@wsgr.com

                                                       Attorneys for Defendants
                                                       Polycom, Inc., Eric Brown, and Michael Kourey

| | | |
|---|---|---|
| 1 | Dated: January 2, 2015 | By:    /s/ Philip T. Besirof |
| 2 | |       Philip T. Besirof |
| | |       pbesirof@mofo.com |

Dated: January 2, 2015        By:    /s/ Philip T. Besirof
                                     Philip T. Besirof
                                     pbesirof@mofo.com

MORRISON FOERSTER
PAUL T. FRIEDMAN
PHILIP T. BESIROF
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant Andrew M. Miller

Dated: January 2, 2015        By:    /s/ Jeremy A. Lieberman
                                     Jeremy A. Lieberman
                                     jalieberman@pomlaw.com

POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP
JEREMY A. LIEBERMAN
EMMA GILMORE
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP
PATRICK V. DAHLSTROM
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
MICHAEL GOLDBERG
ROBERT PRONGAY
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

Attorneys for Lead Plaintiff Mark Nathanson

I, Keith E. Eggleton, am the ECF user whose ID and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1, I hereby attest that Philip T. Besirof and Jeremy A. Lieberman have concurred in this filing.

## DECLARATION OF KEITH E. EGGLETON

I, Keith E. Eggleton, declare:

1. I am a member of Wilson Sonsini Goodrich & Rosati, P.C., counsel for defendants Polycom, Inc., Michael R. Kourey, and Eric F. Brown. I make this declaration in support of the parties' Stipulation and [Proposed] Order Continuing Case Management Conference. The parties seek to continue the Initial Case Management Conference until after the Court has ruled on Defendants' pending Motions to Dismiss. The parties agree that a continuance is reasonable and appropriate.

2. This is the parties' fifth request for extension of time with respect to the Initial Case Management Conference since this action was filed in July 2013. The parties' previous stipulated requests to continue the Initial Case Management Conference were filed on September 23, 2013 (ECF No. 17), December 9, 2013 (ECF No. 36), April 4, 2014 (ECF No. 49), and November 21, 2014 (ECF No. 64). The Court granted these four previous requests (*see* ECF Nos. 18, 39, 50, 65).

3. The requested continuance will not impact any other deadlines or dates set by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 2, 2015 in Palo Alto, California.

By: /s/ Keith E. Eggleton
Keith E. Eggleton

[~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The case management conference is continued to Friday, 02/20/2015, at 10:00 a.m.

Dated:

THE HONORABLE SAMUEL CONTI
United States District Judge