KEITH E. EGGLETON, State Bar No. 159842
Email: keggleton@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email: rstrickland@wsgr.com
KELLEY M. KINNEY, State Bar No. 216823
Email: kkinney@wsgr.com
CHERYL W. FOUNG, State Bar No. 108868
Email: cfoung@wsgr.com
LUKE A. LISS, State Bar No. 247520
Email: lliss@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
Polycom, Inc., Michael R. Kourey,
and Eric F. Brown

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK NATHANSON, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>POLYCOM, INC., ANDREW M. MILLER, MICHAEL R. KOUREY, and ERIC F. BROWN,<br><br>  Defendants. | CASE NO.: 3:13-cv-03476-SC<br><br>CLASS ACTION<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to N.D. Cal. Civil Local Rules 6-2 and 7-12, the parties respectfully submit the following Stipulation and [Proposed] Order Continuing the Initial Case Management Conference currently set for February 20, 2015, at 10:00 a.m.

**WHEREAS**, plaintiff Sean Avery Neal filed an initial purported Class Action Complaint for Violation of the Federal Securities Laws in the above-entitled matter on July 26, 2013, setting forth claims under the federal securities laws that are subject to the procedural requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA") (ECF No. 1);

**WHEREAS**, the Court set an Initial Case Management Conference for October 25, 2013 and, on September 24, 2013, continued the Initial Case Management Conference to December 20, 2013 (ECF Nos. 2, 18-19);

**WHEREAS**, on December 10, 2013, the Court further continued the Initial Case Management Conference to April 18, 2014 (ECF No. 39);

**WHEREAS**, on December 13, 2013, the Court appointed Mark Nathanson as lead plaintiff ("Lead Plaintiff"), approved Pomerantz Grossman Hufford Dahlstrom & Gross LLP as Lead Counsel, and approved Glancy Binkow & Goldberg LLP as Liaison Counsel (ECF No. 42);

**WHEREAS**, on January 2, 2014, the Court entered a scheduling order requiring Lead Plaintiff to file an amended consolidated class action complaint by no later than February 24, 2014 (ECF No. 46) (the "Scheduling Order"), and thereafter Lead Plaintiff timely filed the First Amended Complaint for Violation of the Federal Securities Laws (the "Amended Complaint") naming Polycom, Inc., Andrew Miller, Michael Kourey, and Eric Brown as defendants ("Defendants") (ECF No. 47);

**WHEREAS**, on April 7, 2014, the Court further continued the Initial Case Management Conference to December 5, 2014 (ECF No. 50);

**WHEREAS**, pursuant to the Scheduling Order: (1) Defendants filed motions to dismiss the Amended Complaint on April 25, 2014 (ECF Nos. 51, 53) (the "Motions to Dismiss"), with a hearing set for October 24, 2014; (2) Lead Plaintiff filed its omnibus opposition to Defendants' Motions to Dismiss on June 24, 2014 (ECF No. 58); and (3) Defendants filed reply briefs in support of their Motions to Dismiss on July 24, 2014 (ECF Nos. 59, 60);

**WHEREAS**, on October 20, 2014, the Court issued notice that it would decide Defendants' Motions to Dismiss on the papers, and vacated the hearing previously set for October 24, 2014 (ECF No. 63);

**WHEREAS**, on November 24, 2014, the Court further continued the Initial Case Management Conference to January 16, 2015 (ECF No. 65) and, on January 5, 2015, the Court further continued the Initial Case Management Conference to February 20, 2015 (ECF Nos. 67, 68);

**WHEREAS**, discovery in this action is stayed pending resolution of Defendants' Motions to Dismiss pursuant to the PSLRA, 15 U.S.C. § 78u-4(b)(3);

**WHEREAS**, subject to the Court's approval, the parties respectfully request that the Court continue the Initial Case Management Conference currently set for February 20, 2015, while the Court considers Defendants' pending Motions to Dismiss, to be reset to a date and time after the Court issues its order on Defendants' pending Motions to Dismiss.

**NOW, THEREFORE**, subject to the Court's approval, the parties hereby stipulate and agree as follows:

(1) The Initial Case Management Conference currently set for February 20, 2015, at 10:00 a.m., is hereby vacated, and the Initial Case Management Conference shall be set to such date and time as the Court may order after the Court issues its order on Defendants' pending Motions to Dismiss.

**IT IS SO STIPULATED.**

Dated: February 6, 2015                    Respectfully submitted,

                                           WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation


                                           By:    /s/ Keith E. Eggleton
                                                  Keith E. Eggleton
                                                  keggleton@wsgr.com

                                           Attorneys for Defendants
                                           Polycom, Inc., Eric Brown, and Michael Kourey

| | | |
|---|---|---|
| 1 | Dated: February 6, 2015 | By:  /s/ Philip T. Besirof |
| 2 | | Philip T. Besirof |
| | | pbesirof@mofo.com |
| 3 | | MORRISON FOERSTER |
| | | PAUL T. FRIEDMAN |
| 4 | | PHILIP T. BESIROF |
| | | 425 Market Street |
| 5 | | San Francisco, CA 94105-2482 |
| | | Telephone: (415) 268-7000 |
| 6 | | Facsimile: (415) 268-7522 |
| 7 | | Attorneys for Defendant Andrew M. Miller |

1 Dated: February 6, 2015                   By:   /s/ Philip T. Besirof
                                                  Philip T. Besirof
2                                                 pbesirof@mofo.com

3                                             MORRISON FOERSTER
                                              PAUL T. FRIEDMAN
4                                             PHILIP T. BESIROF
                                              425 Market Street
5                                             San Francisco, CA 94105-2482
                                              Telephone: (415) 268-7000
6                                             Facsimile: (415) 268-7522

7                                             Attorneys for Defendant Andrew M. Miller

8

9 Dated: February 6, 2015                   By:   /s/ Jeremy A. Lieberman
                                                  Jeremy A. Lieberman
10                                                jalieberman@pomlaw.com

11                                            POMERANTZ GROSSMAN HUFFORD
                                              DAHLSTROM & GROSS LLP
12                                            JEREMY A. LIEBERMAN
                                              EMMA GILMORE
13                                            600 Third Avenue, 20th Floor
                                              New York, New York 10016
14                                            Telephone: (212) 661-1100
                                              Facsimile: (212) 661-8665
15
                                              POMERANTZ GROSSMAN HUFFORD
16                                            DAHLSTROM & GROSS LLP
                                              PATRICK V. DAHLSTROM
17                                            10 South LaSalle Street, Suite 3505
                                              Chicago, IL 60603
18                                            Telephone: (312) 377-1181
                                              Facsimile: (312) 377-1184
19
                                              GLANCY BINKOW & GOLDBERG LLP
20                                            LIONEL Z. GLANCY
                                              MICHAEL GOLDBERG
21                                            ROBERT PRONGAY
                                              1925 Century Park East, Suite 2100
22                                            Los Angeles, CA 90067
                                              Telephone: (310) 201-9150
23                                            Facsimile: (310) 201-9160
                                              Email: info@glancylaw.com
24
                                              Attorneys for Lead Plaintiff Mark Nathanson
25

26 I, Keith E. Eggleton, am the ECF user whose ID and password are being used to file this
   Stipulation.  In compliance with Civil Local Rule 5-1, I hereby attest that Philip T. Besirof and
27 Jeremy A. Lieberman have concurred in this filing.

28

**DECLARATION OF KEITH E. EGGLETON**

I, Keith E. Eggleton, declare:

1. I am a member of Wilson Sonsini Goodrich & Rosati, P.C., counsel for defendants Polycom, Inc., Michael R. Kourey, and Eric F. Brown. I make this declaration in support of the parties' Stipulation and [Proposed] Order Continuing Case Management Conference. The parties seek to continue the Initial Case Management Conference until after the Court has ruled on Defendants' pending Motions to Dismiss. The parties agree that a continuance is reasonable and appropriate.

2. This is the parties' sixth request for extension of time with respect to the Initial Case Management Conference since this action was filed in July 2013. The parties' previous stipulated requests to continue the Initial Case Management Conference were filed on September 23, 2013 (ECF No. 17), December 9, 2013 (ECF No. 36), April 4, 2014 (ECF No. 49), November 21, 2014 (ECF No. 64), and January 2, 2015 (ECF No. 66). The Court granted these five previous requests (*see* ECF Nos. 18, 39, 50, 65, 67, 68).

3. The requested continuance will not impact any other deadlines or dates set by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 6, 2015 in Palo Alto, California.

By: /s/ Keith E. Eggleton
Keith E. Eggleton

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 02/09/2015



THE HONORABLE SAMUEL CONTI
United States