1  PAUL T. FRIEDMAN (CA SBN 98381)
   PFriedman@mofo.com
2  PHILIP T. BESIROF (CA SBN 185053)
   PBesirof@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   ANDREW M. MILLER
7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | MARK NATHANSON, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:13-cv-03476-SC
13 | | CLASS ACTION
14 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR DEFENDANTS' REPLY BRIEFS**
15 | v. |
16 | POLYCOM, INC., ANDREW M. MILLER, MICHAEL R. KOUREY, and ERIC F. BROWN, |
17 | |
18 | Defendants. |

1  Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, plaintiff Mark Nathanson
2  ("Lead Plaintiff") and defendants Polycom, Inc., Michael R. Kourey, Eric F. Brown, and
3  Andrew M. Miller ("Defendants") respectfully request that the Court adopt the parties' stipulation
4  below as the order of the Court, which extends the time for Defendants to file their reply briefs
5  from October 2 to October 9, 2015.

6  **FACTUAL BACKGROUND TO THE PARTIES' STIPULATION**

7  In support of this stipulation, the undersigned parties provide the following facts, which
8  are verified in the supporting Declaration of Philip T. Besirof:

9  1.  On February 24, 2014, Lead Plaintiff filed the First Amended Complaint for
10 Violation of the Federal Securities Laws (the "First Amended Complaint") (ECF No. 47);

11 2.  On April 25, 2014, Defendants moved to dismiss the First Amended Complaint
12 (ECF Nos. 51, 53);

13 3.  On April 3, 2015, the Court granted in part, and denied in part, Defendants'
14 motions to dismiss (ECF No. 72), providing Lead Plaintiff until May 4, 2015, to amend his
15 complaint;

16 4.  On May 4, 2015, Lead Plaintiff filed the Second Amended Complaint
17 (ECF No. 79);

18 5.  On June 18, 2015, the Court entered a scheduling order pursuant to which
19 Defendants' motions to dismiss the Second Amended Complaint were due on June 26, 2015;
20 Lead Plaintiff's opposition brief was due on August 28, 2015; and Defendants' reply briefs are
21 due on October 2, 2015 (ECF No. 84) ("Scheduling Order");

22 6.  On June 26, 2015, Defendants filed their motions to dismiss (ECF Nos. 85, 86);

23 7.  On August 28, 2015, Plaintiff filed opposition (ECF No. 92);

24 8.  Due to unexpected scheduling conflicts for Mr. Miller's counsel, the parties have
25 agreed to extend the due date for Defendants' reply briefs by one week to Friday,
26 October 9, 2015; and

27 9.  Other than the briefing schedule for Defendants' reply briefs, the proposed
28 extension will not impact any other deadlines or dates set by the Court, including the hearing date

set for October 23, 2015.

**STIPULATION**

In light of these facts, the undersigned parties jointly request that the Court modify the briefing schedule for Defendants' motions to dismiss currently set forth in the Scheduling Order as follows: Defendants shall file their reply brief(s) in support of their motions to dismiss no later than October 9, 2015.

IT IS SO STIPULATED.

Dated: October 1, 2015    MORRISON & FOERSTER LLP

By:    */s/ Philip T. Besirof*
          Philip T. Besirof

Paul T. Friedman
Philip T. Besirof
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: PFriedman@mofo.com
Email: PBesirof@mofo.com

*Attorneys for Defendant Andrew Miller*

Dated: October 1, 2015    WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:    */s/ Keith E. Eggleton*
          Keith E. Eggleton

Keith E. Eggleton
Rodney G. Strickland
Luke A. Liss
Philip K. Rucker
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: keggleton@wsgr.com
Email: rstrickland@wsgr.com
Email: lliss@wsgr.com
Email: prucker@wsgr.com

*Attorneys for Defendants Polycom, Inc., Michael R. Kourey, and Eric F. Brown*

| | | |
|---|---|---|
| 1 | Dated: October 1, 2015 | POMERANTZ LLP |
| 2 | | By:  /s/ Jeremy A. Lieberman |
| | | Jeremy A. Lieberman |

JEREMY A. LIEBERMAN
EMMA GILMORE
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: egilmore@pomlaw.com

PATRICK V. DAHLSTROM
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Attorneys for Lead Plaintiff Mark Nathanson*

### ECF ATTESTATION

I, Philip Besirof, am the ECF User whose ID and Password are being used to file this motion. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Rodney G. Strickland and Jeremy A. Lieberman have concurred in this filing.

Dated: October 1, 2015          MORRISON & FOERSTER LLP

By:  /s/ Philip T. Besirof
        Philip T. Besirof

Paul T. Friedman
Philip T. Besirof
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: PFriedman@mofo.com
Email: PBesirof@mofo.com

*Attorneys for Defendant Andrew Miller*

STIPULATION AND [PROPOSED] SCHEDULING ORDER
Case No. 3:13-cv-03476-SC

3

**DECLARATION OF PHILIP T. BESIROF**

I, PHILIP T. BESIROF, hereby declare as follows:

1.  I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court.  I am a member of the law firm of Morrison & Foerster LLP, and counsel of record for defendant Andrew Miller.  I submit this Declaration in support of the parties' Stipulation and [Proposed] Scheduling Order (hereafter, the "Stipulation").  If called as a witness, I would testify to the facts listed below.

2.  Pursuant to Civil Local Rule 6-2, I attest that the facts set forth in the Stipulation, paragraphs 1 through 8 inclusive, are all true and accurate.

3.  This is the parties' tenth request for a modification of time and the third with respect to the Second Amended Complaint.  The parties previously filed stipulations to extend the time to respond to previously operative complaints on September 23, 2013 (ECF No. 17) and December 30, 2013 (ECF No. 45).  These stipulations were approved by the Court (*see* ECF Nos. 18, 46).  Additionally, the parties filed six stipulated requests to continue the Initial Case Management Conference; these were filed on September 23, 2013 (ECF No. 17), December 9, 2013 (ECF No. 36), April 4, 2014 (ECF No. 49), November 21, 2014 (ECF No. 64), January 2, 2015 (ECF No. 66), and February 6, 2015 (ECF No. 69).  The Court granted these six previous requests (*see* ECF Nos. 18, 39, 50, 65, 67, 68, 70).  Finally, the parties filed two stipulations to extend the time to respond to the Second Amended Complaint on May 5, 2015 and June 17, 2015 (ECF Nos. 80, 83), which were granted on May 5, 2015 and June 18, 2015, respectively (ECF Nos. 82, 84).

4.  Other than the reply briefing scheduling for the motions to dismiss the Second Amended Complaint, the proposed schedule will not impact any other deadlines or dates set by the Court.

1     I declare under penalty of perjury under the laws of the United States of America that the
2 foregoing is true and correct and that this Declaration was executed in San Francisco, California,
3 on this 1st day of October, 2015.

                                      MORRISON & FOERSTER LLP

                                By:   */s/ Philip T. Besirof*
                                            Philip T. Besirof

                           **[~~PROPOSED~~] ORDER**

          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   10/02/2015

*[Signature of Judge Samuel Conti, United States District Court, Northern District of California]*

STIPULATION AND [PROPOSED] SCHEDULING ORDER
Case No. 3:13-cv-03476-SC             5