United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK NATHANSON,**<br>Plaintiff**,**<br>vs.<br>**POLYCOM, INC., ET AL.,**<br>Defendants**.** | CASE NO. 13-cv-03476-YGR<br><br>**ORDER TO SHOW CAUSE RE MONETARY SANCTIONS FOR FAILURE TO RESPOND TO ORDER DENYING MOTION FOR CY PRES DESIGNATION**<br><br>Re: Dkt. No. 134 |

**TO THE PLAINTIFF MARK NATHANSON AND HIS COUNSEL OF RECORD**:

You are **HEREBY ORDERED TO SHOW CAUSE** why plaintiff should not be sanctioned in the amount of $200 for failure to comply with this Court's Order Denying plaintiff's motion designating cy pres recipients, issued on April 16, 2018. (Dkt. No. 134). Pursuant to that order, by April 23, 2018, Plaintiff's counsel was to recommend an appropriate entity for cy pres designation or explain how the proffered awardees are related to the subject matter of the lawsuit. As of April 26, 2018, the Court has not received any statement from the plaintiff.

A hearing on this Order to Show Cause will be held on **Friday, May 11, 2018**, on the Court's 9:01 a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. By no later than **Friday, May 4, 2018**, the plaintiff must file a written response to this Order to Show Cause.

If the Court is satisfied with the plaintiff's response, the hearing may be taken off calendar and the parties need not appear.

**IT IS SO ORDERED.**

Dated: April 26, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**